IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAARIES WILLIAMS      TDCJ-CID #1428755 V.  NUECES COUNTY, ET AL. | §  §  §  §  § | C.A. NO. C-07-209 |

## FINAL JUDGMENT

Final judgment is entered dismissing all of plaintiff's claims against all defendants with prejudice.

ORDERED this 13th day of January, 2009.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE